In the Court of Criminal Appeals of Texas..

PD-0854-15

FILED IN
COURT OF CRIMINAL APPEALS
JUL 10 2015
Abel Acosta, Clerk

Artis Leon Polk Jr.
Appellant

vs.

The State of Texas
Appellee

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 10 2015
Abel Acosta, Clerk

July 8, 2015

From the 432nd District Court of Tarrant County Trial Court No. 1305834D And Court of Appeals No. 02-13-00556-CR

To: The Clerk of the Supreme Court (Court of Criminal Appeals of Texas) in Accordance to Rule 53.7(A) and 53.7(B) of the Texas Rules of Procedure (T.R.A.P.):

This Correspondence is pursuant to Rule 53.7 of (T.R.A.P.) which concerns Premature filings in the Court of Criminal Appeals for, the Petition for Discretionary Review in sequence after a denial of the Direct Appeal and or Motion for Rehearing.

The Appellant (Artis Leon Polk Jr.) was denied relief from his Direct Appeal on (April 23, 2015) by the Court of Appeals of the Second District of Tarrant County.. (T.R.A.P) rules Allow a Appellant to Motion for Extension of time of the 15 day Allotment for the filing of the Rehearing.. The Appellant was granted an extension of time on May 21, 2015 which made the Motion for Rehearing due on (June 8, 2015). The Appellant filed his motion for Rehearing on June 5th, 2015

An as of yet the Appellant has not recieved Acknowledgement from the Court of Appeals.

Therefore the Appellant is showing diligence without prematurely filing his Petition for Discretionary Review as described in Subsection (B) of Rule 53.7 which states:

"The Petitioner must immediately Notify the Supreme Court Clerk of the filing of the Motion and must notify the Clerk when the last timely filed motion is over ruled. A petition filed before the last ruling on all timely filed motions for Rehearing is treated as having been filed on the date of, but After the last ruling on any such motion"..

I humly asks this Clerk to Alert the Justices or make A Note in the records that the Appellant will be seeking an extension of time to filing his (P.D.R.) As soon As the Court of Appeals rule..

→ other side

However if the Appellant has improperly misunderstood the Rules concerning filing his P.D.R. and the time frame Alloted. Please respond back with the right information Please. Thank You.

Respectfully Concerned

x Artis Leon Polk Jr.
Artis Leon Polk Jr.
TDC# 1894999 (7-I-15-Top
The McConnell unit.
3001 South Emily Dr.
Beeville Tx. 78102